**OUTTEN & GOLDEN LLP**
Anne Golden (AG 5564)
Ossai Miazad (OM 1127)
Cara Greene (CG 0722)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
─────────────────────────────x
REGINA HOLLOWAY,

    Plaintiff,　　　　　　　　　　**NOTICE OF APPEARANCE**
　　　　　　　　　　　　　　　　　　08-cv-2146 (AKH)(MHD)
- against -

JP MORGAN CHASE BANK, N.A.,

    Defendant.
─────────────────────────────x

PLEASE TAKE NOTICE that Cara E. Greene of OUTTEN & GOLDEN LLP hereby appears in the above-entitled proceeding on behalf of Plaintiff Regina Holloway, and that she hereby demands service upon her of a copy of all subsequent written communications or notices to said party in this proceeding.

Dated:  New York, New York
　　　　March 6, 2008

　　　　　　　　　　　　　　　　　　/s/ Cara E. Greene
　　　　　　　　　　　　　　　　　　Cara E. Greene (CG 0722)
　　　　　　　　　　　　　　　　　　**Outten & Golden LLP**
　　　　　　　　　　　　　　　　　　3 Park Ave, 29th Floor
　　　　　　　　　　　　　　　　　　New York, NY 10016
　　　　　　　　　　　　　　　　　　Telephone:  (212) 245-1000
　　　　　　　　　　　　　　　　　　**Attorneys for Plaintiff**