UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
REGINA HOLLOWAY,                                    ECF

                Plaintiff,                             08 CV 02146 (AKH)

   -against-                                         **RULE 7.1 STATEMENT**

J.P. MORGAN CHASE BANK, N.A.,

                Defendant.
----------------------------------------X

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable district judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendant J.P. Morgan Chase Bank, N.A. certify that the following reflects any publicly held corporate parents, and listing of any publicly held company that owns 10% or more of the party's stock:

                JPMorgan Chase & Co.

Dated:  New York, New York
          June 3, 2008

                                  JPMorgan Chase Legal Department

                                  By:_____
                                      Talee Zur (Potter), Esq.
                                Attorney(s) for Defendant
                                One Chase Manhattan Plaza, 26th Floor
                                New York, New York 10081
                                (212) 552-2569
                                talee.zur.potter@chase.com

167010:v1