

**JPMorgan Chase & Co.**
Legal Department
One Chase Manhattan Plaza
New York, NY 10081

Talee Zur (Potter), Esq.
Vice President and
Assistant General Counsel
[212] 552-2569
[Fax] 552-1630

RECEIVED JUN 11 2008 CHAMBERS OF ALVIN K. HELLERSTEIN U.S.D.J.

June 10, 2008

**Via Federal Express**
The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
United States Court House
500 Pearl Street, Courtroom 1050
New York, New York 10007

*The conference is adjourned to July 11, 2008 at 9:30 a.m.*
*So ordered.*
*[signature]*
*6-16-08*

Re: Holloway v. J.P. Morgan Chase & Co., et al.
    Index No: 08 CV 02146 (AKH)

Your Honor:

We represent Defendant J.P. Morgan Chase & Co. in the above-mentioned matter and are writing to request an adjournment, on consent, of the compliance conference currently scheduled for June 20, 2008. We are requesting an adjournment of the conference because I will be out of town due to a family obligation. I conferred with the Plaintiff's counsel and she graciously agreed to my request, indicating a preference for adjourning the conference to July 7, 2008.

Accordingly, we respectfully request that the Initial Conference be adjourned and rescheduled.

Thank you for your Honor's time and consideration in this matter. If you have any questions, kindly contact the undersigned.

Respectfully submitted,

Talee Zur (Potter) F.R.
Talee Zur (Potter)

167180:v1